FILED:  May 4, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1552
(8:25-cv-00113-DLB)

_____

MARYLAND BUILDING INDUSTRY ASSOCIATION, INC.; THE BUILDING
OWNERS AND MANAGERS ASSOCIATION OF GREATER BALTIMORE, INC.;
NAIOP MARYLAND, INC.; NAIOP DC | MD, INC.; MARYLAND MULTI-
HOUSING ASSOCIATION, INC.; WASHINGTON GAS LIGHT COMPANY;
LEISURE WORLD COMMUNITY CORPORATION; THE ELIZABETH
CONDOMINIUM ASSOCIATION, INC.; PROMENADE TOWERS MUTUAL
HOUSING CORPORATION; THE WILLOUGHBY OF CHEVY CHASE
CONDOMINIUM COUNCIL OF UNIT OWNERS, INC.; COLUMBIA GAS OF
MARYLAND, INC.; APARTMENT AND OFFICE BUILDING ASSOCIATION OF
METROPOLITAN WASHINGTON

Plaintiffs - Appellants

v.

SERENA COLEMAN MCILWAIN, in her official capacity as the Secretary of the
Maryland Department of the Environment

Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:25-cv-00113-DLB |
| Date notice of appeal filed in originating court: | 04/29/2026 |

| | |
|---|---|
| Appellant(s) | MARYLAND BUILDING INDUSTRY ASSOCIATION, INC.; THE BUILDING OWNERS AND MANAGERS ASSOCIATION OF GREATER BALTIMORE, INC.; NAIOP MARYLAND, INC.; NAIOP DC \| MD, INC.; MARYLAND MULTI-HOUSING ASSOCIATION, INC.; WASHINGTON GAS LIGHT COMPANY; LEISURE WORLD COMMUNITY CORPORATION; THE ELIZABETH CONDOMINIUM ASSOCIATION, INC.; PROMENADE TOWERS MUTUAL HOUSING CORPORATION; THE WILLOUGHBY OF CHEVY CHASE CONDOMINIUM COUNCIL OF UNIT OWNERS, INC.; COLUMBIA GAS OF MARYLAND, INC.; APARTMENT AND OFFICE BUILDING ASSOCIATION OF METROPOLITAN WASHINGTON |
| Appellate Case Number | 26-1552 |
| Case Manager | K. Hancock 804-916-2702 |