# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 26 1552 |
| **Originating No. & Caption** | 8:25 cv 00113, MD Building Industry Ass'n, et al. v. McIlwain |
| **Originating Court/Agency** | United States District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | March 31, 2026 | |
| Date notice of appeal or petition for review filed | April 29, 2026 | |
| If cross appeal, date first appeal filed | N/A | |
| Date of filing any post-judgment motion | N/A | |
| Date order entered disposing of any post-judgment motion | N/A | |
| Date of filing any motion to extend appeal period | N/A | |
| Time for filing appeal extended to | N/A | |
| Is appeal from final judgment or order? | ⦿ Yes | ◯ No |
| If appeal is not from final judgment, why is order appealable? N/A | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ◯ Yes | ⦿ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ◉ No |
| Has transcript been filed in district court? | ○ Yes | ◉ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | 26 1449, NAHB v. Montgomery County | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ○ No |
| Does case involve question of first impression? | ◉ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| This is a federal preemption case. Plaintiff Appellants consist of condominium associations, cooperative housing associations, construction and real estate trade associations, and utilities that rely on the availability of gas appliances and systems. They sued Defendant Appellee Serena Coleman McIlwain in her official capacity as Secretary of the Maryland Department of the Environment when the Department adopted building energy performance standards ("BEPS") for a large swath of buildings in the State.  The BEPS impose declining net kilogram of carbon dioxide equivalent per square foot ("Kg $CO_2$e/sq. ft.") emissions limits—eventually going all the way down to zero—on a large swath of buildings in the State. |
| Appellants brought suit for declaratory and injunctive relief under the Energy Policy and Conservation Act ("EPCA"), a federal law that preempts any state or local law "concerning the energy efficiency [or] energy use" of gas appliances. 42 U.S.C. §§ 6297(c), 6316(b)(2)(A). Because all gas appliances emit some level of carbon dioxide and other gases that qualify as $CO_2$e under the BEPS, Plaintiff Appellants argued that the BEPS regulated gas appliances' use of gas energy. The district court disagreed and granted the State's motion to dismiss. Appellants timely appealed. |

**Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary)

Whether EPCA preempts the State's building energy performance standards.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel.  Attach additional page if necessary.)

| Adverse Party: Serena Coleman McIlwain | Adverse Party: |
|---|---|
| Attorney: Doris Neil Lange<br>Address: 1800 Washington Blvd<br>Ste 6048<br>Baltimore, MD 21230 | Attorney: Kristen Summers<br>Address: 1800 Washington Blvd.<br>Baltimore, MD 21230 |
| E-mail: doris.lange@maryland.gov | E-mail: kristen.summers@maryland.gov |
| Phone: (815) 325 2418 | Phone: (443) 926 0955 |

**Adverse Parties (continued)**

| Adverse Party: | Adverse Party: |
|---|---|
| Attorney: Michael F Strande<br>Address: 1800 Washington Blvd<br>Baltimore, MD 21230 | Attorney:<br>Address: |
| E-mail: michael.strande@maryland.gov | E-mail: |
| Phone: (410) 537 3421 | Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: Maryland Building Industry Association, Inc.<br><br>Attorney: J. Mark Little<br>Address: 910 Louisiana Street<br>Houston, TX 77002 4995<br><br><br>E-mail: mark.little@bakerbotts.com<br><br>Phone: (713) 229 1489 | Name:<br><br>Attorney: Ronald Scott Novak, Jr.<br>Address: 700 K Street, NW<br>Washington, DC 20001<br><br><br>E-mail: scott.novak@bakerbotts.com<br><br>Phone: (202) 304 509 |

| **Appellant (continued)** | |
|---|---|
| Name: Building Owners and Managers<br>Association of Greater Baltimore, Inc.<br><br>Attorney: J. Mark Little<br>Address: 910 Louisiana Street<br>Houston, TX 77002 4995<br><br><br>E-mail: mark.little@bakerbotts.com<br><br>Phone: (713) 229 1489 | Name:<br><br>Attorney: Ronald Scott Novak, Jr.<br>Address: 700 K Street, NW<br>Washington, DC 20001<br><br><br>E-mail: scott.novak@bakerbotts.com<br><br>Phone: (202) 304 509 |

**Signature:** /s/ J. Mark Little                    **Date:** May 18, 2026

**Counsel for:** Maryland Building Industry Association, Inc. et al.

---

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| All parties are CM/ECF users. | |
| Signature: /s/ J. Mark Little | Date: May 18, 2026 |

## <u>Additional Appellants</u>

| | |
|---|---|
| Appellant: | NAIOP Maryland, Inc. |
| Attorneys: | J. Mark Little<br>Scott Novak |
| Addresses: | J. Mark Little: 910 Louisiana Street, Houston, TX 77002<br><br>Scott Novak: 700 K. St. NW, Washington, D.C. 20001 |
| Emails: | mark.little@bakerbotts.com<br>scott.novak@bakerbotts.com |
| Phone Numbers: | J. Mark Little: (713) 229-1489<br>Scott Novak: (202) 639-1316 |

---

| | |
|---|---|
| Appellant: | NAIOP DC \| MD, Inc. |
| Attorneys: | J. Mark Little<br>Scott Novak |
| Addresses: | J. Mark Little: 910 Louisiana Street, Houston, TX 77002<br><br>Scott Novak: 700 K. St. NW, Washington, D.C. 20001 |
| Emails: | mark.little@bakerbotts.com<br>scott.novak@bakerbotts.com |
| Phone Numbers: | J. Mark Little: (713) 229-1489<br>Scott Novak: (202) 639-1316 |

---

| | |
|---|---|
| Appellant: | Maryland Multi-Housing Association, Inc. |
| Attorneys: | J. Mark Little<br>Scott Novak |
| Addresses: | J. Mark Little: 910 Louisiana Street, Houston, TX 77002<br><br>Scott Novak: 700 K. St. NW, Washington, D.C. 20001 |
| Emails: | mark.little@bakerbotts.com<br>scott.novak@bakerbotts.com |
| Phone Numbers: | J. Mark Little: (713) 229-1489<br>Scott Novak: (202) 639-1316 |

| | |
|---|---|
| Appellant: | Washington Gas Light Company |
| Attorneys: | J. Mark Little<br>Scott Novak |
| Addresses: | J. Mark Little: 910 Louisiana Street, Houston, TX 77002<br><br>Scott Novak: 700 K. St. NW, Washington, D.C. 20001 |
| Emails: | mark.little@bakerbotts.com<br>scott.novak@bakerbotts.com |
| Phone Numbers: | J. Mark Little: (713) 229-1489<br>Scott Novak: (202) 639-1316 |

| | |
|---|---|
| Appellant: | Leisure World Community Corporation |
| Attorneys: | J. Mark Little<br>Scott Novak |

| | |
|---|---|
| Addresses: | J. Mark Little: 910 Louisiana Street, Houston, TX 77002 |
| | Scott Novak: 700 K. St. NW, Washington, D.C. 20001 |
| Emails: | mark.little@bakerbotts.com<br>scott.novak@bakerbotts.com |
| Phone Numbers: | J. Mark Little: (713) 229-1489<br>Scott Novak: (202) 639-1316 |

| | |
|---|---|
| Appellant: | The Elizabeth Condominium Association, Inc. |
| Attorneys: | J. Mark Little<br>Scott Novak |
| Addresses: | J. Mark Little: 910 Louisiana Street, Houston, TX 77002 |
| | Scott Novak: 700 K. St. NW, Washington, D.C. 20001 |
| Emails: | mark.little@bakerbotts.com<br>scott.novak@bakerbotts.com |
| Phone Numbers: | J. Mark Little: (713) 229-1489<br>Scott Novak: (202) 639-1316 |

| | |
|---|---|
| Appellant: | Promenade Towers Mutual Housing Corporation |
| Attorneys: | J. Mark Little<br>Scott Novak |
| Addresses: | J. Mark Little: 910 Louisiana Street, Houston, TX 77002 |

| | |
|---|---|
| | Scott Novak: 700 K. St. NW, Washington, D.C. 20001 |
| Emails: | mark.little@bakerbotts.com scott.novak@bakerbotts.com |
| Phone Numbers: | J. Mark Little: (713) 229-1489 Scott Novak: (202) 639-1316 |

| | |
|---|---|
| Appellant: | The Willoughby of Chevy Chase Condominium Council of Unit Owners |
| Attorneys: | J. Mark Little Scott Novak |
| Addresses: | J. Mark Little: 910 Louisiana Street, Houston, TX 77002 |
| | Scott Novak: 700 K. St. NW, Washington, D.C. 20001 |
| Emails: | mark.little@bakerbotts.com scott.novak@bakerbotts.com |
| Phone Numbers: | J. Mark Little: (713) 229-1489 Scott Novak: (202) 639-1316 |

| | |
|---|---|
| Appellant: | Columbia Gas of Maryland, Inc. |
| Attorneys: | J. Mark Little Scott Novak |
| Addresses: | J. Mark Little: 910 Louisiana Street, Houston, TX 77002 |
| | Scott Novak: 700 K. St. NW, Washington, D.C. 20001 |
| Emails: | mark.little@bakerbotts.com scott.novak@bakerbotts.com |
| Phone Numbers: | J. Mark Little: (713) 229-1489 |

| | |
|---|---|
| Appellant: | Apartment & Office Building Association of Metropolitan Washington |
| Attorneys: | J. Mark Little<br>Scott Novak |
| Addresses: | J. Mark Little: 910 Louisiana Street, Houston, TX 77002<br><br>Scott Novak: 700 K. St. NW, Washington, D.C. 20001 |
| Emails: | mark.little@bakerbotts.com<br>scott.novak@bakerbotts.com |
| Phone Numbers: | J. Mark Little: (713) 229-1489<br>Scott Novak: (202) 639-1316 |