IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| | * | |
| MARYLAND BUILDING ASSOCIATION, INC., ET AL., | * | |
| *Plaintiffs-Appellees*, | * | No. 26-1552 |
| v. | * | |
| SERENA COLEMAN MCILWAIN, *in her official capacity as* SECRETARY FOR THE MARYLAND DEPARTMENT OF THE ENVIRONMENT, | * | |
| | * | |
| *Defendant-Appellant*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF

In accordance with Rule 27 of the Federal Rules of Appellate Procedure and Rule 31 of this Court's Local Rules, Appellee respectfully requests that its deadline to file a response brief be extended to July 29, 2026. In support, Appellee states as follows:

1. Appellants filed their opening brief on June 15, 2026. Under the Court's briefing order, a response brief is due on July 15, 2026.

2. Appellee requests a brief 14-day extension of the deadline to file a response brief, which would extend the deadline to and through July 29, 2026.

3. Good cause exists for this extension because the briefing schedule was

compressed by two federal holidays and pre-planned travel, as well as the complexity of Appellants' opening brief.

4. This request is made in good faith and not for the purpose of delay. No prior extensions to the briefing schedule have been requested in this matter.

5. In accordance with Local Rule 27(a), Appellants have been informed of and take no position as to the filing of this request for extension.

6. Appellee therefore requests that its deadline to file a response brief be extended by 14 days, to and including July 29, 2026.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Doris N. Lange

_____
DORIS N. LANGE
KRISTEN M. SUMMERS
Assistant Attorneys General
1800 Washington Boulevard
Baltimore, Maryland 21230
doris.lange@maryland.gov
kristen.summers@maryland.gov
(410) 537-3038
(410) 537-3943 (facsimile)

Attorneys for Appellee

# CERTIFICATE OF SERVICE

I certify that on the 14th day of July, 2026, the foregoing Motion For Extension of Time to File Response Brief was electronically filed using the Court's CM/ECF system and served on the following:

J. Mark Little
910 Louisiana Street
Houston, TX 77002
(713) 229-1489
mark.little@bakerbotts.com

Scott Novak
700 K Street NW
Washington, D.C. 20001
(202) 304-5099
scott.novak@bakerbotts.com

Daniel B. Rankin
401 S. 1st Street, Ste. 1300
Austin, TX 78704
(737) 393-7297
daniel.rankin@bakerbotts.com

*Counsel for Appellants*


/s/ Doris N. Lange

_____
Doris N. Lange