UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1552
(8:25-cv-00113-DLB)

_____

MARYLAND BUILDING INDUSTRY ASSOCIATION, INC.; THE
BUILDING OWNERS AND MANAGERS ASSOCIATION OF GREATER
BALTIMORE, INC.; NAIOP MARYLAND, INC.; NAIOP DC | MD, INC.;
MARYLAND MULTI-HOUSING ASSOCIATION, INC.; WASHINGTON GAS
LIGHT COMPANY; LEISURE WORLD COMMUNITY CORPORATION;
THE ELIZABETH CONDOMINIUM ASSOCIATION, INC.; PROMENADE
TOWERS MUTUAL HOUSING CORPORATION; THE WILLOUGHBY OF
CHEVY CHASE CONDOMINIUM COUNCIL OF UNIT OWNERS, INC.;
COLUMBIA GAS OF MARYLAND, INC.; APARTMENT AND OFFICE
BUILDING ASSOCIATION OF METROPOLITAN WASHINGTON

        Plaintiffs - Appellants

v.

SERENA COLEMAN MCILWAIN, in her official capacity as the Secretary of
the Maryland Department of the Environment

        Defendant - Appellee

------------------------------

AMERICAN GAS ASSOCIATION

        Amicus Supporting Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 07/29/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk