CASE NO. 26-1552

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

MARYLAND BUILDING INDUSTRY ASSOCIATION, *et al.*,

*Appellants,*

v.

SERENA COLEMAN MCILWAIN, IN HER OFFICIAL CAPACITY AS
SECRETARY OF THE MARYLAND DEPARTMENT OF THE
ENVIRONMENT,

*Appellee.*

On Appeal from the United States District Court
for the District of Maryland
1:25-cv-0113-DLB

**Brief of Sierra Club and Chesapeake Climate Action Network as
*Amicus Curiae* in Support of Appellee and Affirmance**

Susan Stevens Miller
Timothy R. Oberleiton
*Counsel for Amici*
Earthjustice
1250 I St NW, Suite 400
Washington, D.C. 20005
(202) 667-4500
smiller@earthjustice.org
toberleiton@earthjustice.org

# RULE 29 STATEMENTS

*Amici* certify that all parties in this case have consented to the filing of this *amicus curiae* brief.

Pursuant to Fed. R. App. P. 29(a)(4)(E), undersigned counsel for *Amici* states that no party or party's counsel authored this brief in whole or in part, and no other person besides *Amici* or their counsel contributed money intended to fund preparing or submitting the brief.

/s/ *Susan Stevens Miller*
Susan Stevens Miller

# TABLE OF CONTENTS

SUMMARY OF ARGUMENT ................................................................3

ARGUMENT ....................................................................................4

    I.    Gas Appliances Emit Harmful Pollutants That Degrade Both Indoor and Outdoor Air Quality and Threaten Public Health. ....4

    II.   Emissions from gas appliances have significant outdoor air quality impacts and present health risks. ...................................13

    III. Gas Combustion in Buildings Causes Harmful Climate Pollution, In Contravention of Maryland Law and Policy. ..........................16

CONCLUSION ................................................................................18

# TABLE OF AUTHORITIES

**Statutes and Regulations**

40 C.F.R. § 50.8(a)(1) ................................................................10

40 C.F.R. § 50.8(a)(2) ................................................................10

**Federal Register**

Clean Air Fine Particle Implementation Rule,
 72 Fed. Reg. 20586 (Apr. 25, 2007) ........................................9

National Ambient Air Quality Standards for Particulate Matter,
 62 Fed. Reg. 38652 (July 18, 1997) ........................................8

National Ambient Air Quality Standards for Particulate Matter,
 71 Fed. Reg. 61144 (Oct. 17, 2006) ........................................8

National Primary and Secondary Ambient Air Quality Standards,
 36 Fed. Reg. 8186 (Apr. 30, 1971) ........................................6

U.S. EPA, Review of the Primary National Ambient Air Quality
 Standards for Oxides of Nitrogen,
 83 Fed. Reg. 17226 (April 18, 2018) ........................................7

**Other Authorities**

Am. Cancer Soc'y, *Benzene and Cancer Risk*
 (last revised Feb. 1, 2023) ........................................11

Am. Lung Ass'n, *Literature Review on the Impacts of Residential
 Combustion, Final Report* (2022) ........................................12

Am. Lung Ass'n, Ozone ........................................14, 15

Am. Pub. Health Ass'n, *Gas Stove Emissions are a Public Health Concern: Exposure to Indoor Nitrogen Dioxide Increases Risk of Illness in Children, Older Adults, and People with Underlying Health Conditions* (Nov. 8, 2022) ...................................................................13

Andee Krasner, *et al.*, *Cooking with Gas, Household Air Pollution, and Asthma: Little Recognized Risk for Children*, 83 J. Env't Health 8 (2021) .......................................................................5

Beyond Gas, *Cooking Up Danger: Community Study Reveals Hazardous Nitrogen Dioxide Levels in DC and Maryland Kitchens* (Nov. 2024) ...............................................................................................7

Chesapeake Climate Action Network, et al., *Cutting Through the Smog: How Air Quality Standards Help Solve the Hidden Health Toll Of Air Pollution From Maryland's Homes And Businesses* (Sept. 2023) ................................................................................................14

Drew R. Michanowicz, *et al.*, *Home Is Where the Pipeline Ends: Characterization of Volatile Organic Compounds Present in Natural Gas at the Point of the Residential End User* 56 Env't Sci. & Tech. 10258 (June 2022) ................................................................4, 6, 11

Eric D. Lebel, *et al.*, *Composition, Emissions, and Air Quality Impacts of Hazardous Air Pollutants in Unburned Natural Gas from Residential Stoves in California*, 56 Env't Sci. & Tech. 15828 (Oct. 20, 2022) ..4, 11

Eric D. Lebel, *et al.*, *Methane and NOx Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes*, 56 Env't Sci. Tech. 2529 (2022)................................................................................6

Jason J. Rose, *et al.*, *Carbon Monoxide Poisoning: Pathogenesis, Management, and Future Directions of Therapy*, 195 Am. J. Respiratory & Critical Care Med. 596 (2017) ...................................9, 10

Jennifer M. Logue, *et al.*, *Pollutant Exposures from Natural Gas Cooking Burners: A Simulation-Based Assessment for Southern California*, 122 Env't Health Perspectives 43 (Jan. 2014) ....................7

Maryland Dep't of Health,
Health Impacts of Climate Change .............................................. 16, 17

Nat'l Ctr. for Healthy Hous., *Studying the Optimal Ventilation for Environmental Indoor Air Quality* 3 (Apr. 2022).................................7

Neil E. Klepeis, *et al.*, *The National Human Activity Pattern Survey (NHAPS): A Resource for Assessing Exposure to Environmental Pollutants*, 11 J. Exposure Analysis & Env't Epidemiology 231 (2001).................................................................................5


R. Sehgal *et al.*, *Asthma Control before and after Changing Gas Stoves to Electric Stoves*,
14 J. Allergy & Clinical Immun.: In Practice (Jul. 3, 2026) .................5

State Climate Policy Dashboard, *Greenhouse Gas Emissions Projections in Maryland* (last updated March 5, 2026) .........................................17

Tianchao Hu, *et al.*, *Compilation of Published PM$_{2.5}$ Emission Rates for Cooking, Candles and Incense for Use in Modeling of Exposures in Residences* (Aug. 2012) .........................................................................9

University of Maryland Center for Enviro. Science,
*Sea-Level Rise Projections*,................................................................16

U.S. Ctr. for Disease Control, *Carbon Monoxide Poisoning* .....................9

U.S. Ctr. for Disease Control, Polycyclic Aromatic Hydrocarbons (PAHs) Fact Sheet (Nov. 2009) ........................................................................10

U.S. EPA, *Basic Information about NO2* ...................................................4

U.S. EPA, *Carbon Monoxide's Impact on Indoor Air Quality* ................10

U.S. EPA, *Facts About Formaldehyde*......................................................5

U.S. EPA, *Health and Environmental Effects of Particulate Matter (PM): Health Effects* ...................................................................9

U.S. EPA, *The Inside Story: A Guide to Indoor Air Quality*...............5, 10

U.S. EPA, *Integrated Science Assessment (ISA) For Oxides of Nitrogen – Health Criteria* (Jan. 2016) .......................................6

U.S. EPA, *Integrated Science Assessment for Oxides of Nitrogen – Health Criteria* (July 2008) ...........................................7

U.S. EPA, *Integrated Science Assessment for Particulate Matter* ES-23 (Dec. 2019) ...............................................................8

U.S. EPA, *National Emissions Inventory (NEI) Data* (2017) ................14

U.S. EPA, *Policy Assessment for the Review of the Ozone National Ambient Air Quality Standard* (May 2020)........................15

U.S. EPA, *Report to Congress on Indoor Air Quality Volume II: Assessment and Control of Indoor Air Pollution* (Aug. 1989)...............5

U.S. EPA, *What are combustion products?* (last updated Dec. 4, 2024).................................................................5

Weiwei Lin, *et al.*, *Meta-Analysis of the Effects of Indoor Nitrogen Dioxide and Gas Cooking on Asthma and Wheeze in Children*, 42 Int'l J. Epidemiology 1728 (Dec. 2013). ..........................................3

Yannai S. Kashtan, *et al.*, *Gas and Propane Combustion from Stoves Emits Benzene and Increases Indoor Air Pollution*, 57 Env't Sci. & Tech. 9653 (June 2023) .......................................6

Yannai Kashtan, *et al.*, *Integrating indoor and outdoor nitrogen dioxide exposures in US homes nationally by ZIP code* (Dec. 2025) ...........8, 11

**STATEMENT OF INTEREST**

*Amicus* Sierra Club is a national grassroots environmental organization with roughly 600,000 members nationwide, including over including over 12,500 members in Maryland. Sierra Club's Clean Heat campaign educates the public about the health harms caused by burning methane gas in homes, offices, and buildings and advocates for policies that protect against such harms.

*Amicus* Chesapeake Climate Action Network ("CCAN") is a grassroots organization dedicated exclusively to fighting for bold and just solutions to climate change in the Chesapeake region of Maryland, Virginia, and Washington, D.C. CCAN has more than 35,000 members across Maryland.

*Amici* Sierra Club and CCAN have been actively highlighting the public health, outdoor air quality, and climate threats associated with building emissions in Maryland. To combat those harms, CCAN and Sierra Club vigorously supported the passage of the 2022 Climate Solutions Now Act ("CSNA"), including its landmark provision requiring the Maryland Department of the Environment to develop the

1

state's Building Energy Performance Standards ("BEPS"), which are at issue in this case.

## SUMMARY OF ARGUMENT

There is an established scientific basis and growing public understanding that methane gas-burning appliances contribute to indoor and outdoor air pollution associated with adverse health outcomes. While the wide-ranging health impacts attributable to emissions from gas appliances were first recognized decades ago, more recent studies have uncovered the true extent and severity of the connection. It is now indisputable that gas appliances are a leading source of both indoor and outdoor air pollution. In response, states— including Maryland—and localities have acted on public concern and exercised their authority to transition buildings away from combusting fossil fuels to abate the health, climate, and air quality impacts of pollution from those gas appliances.

This pollution exacerbates lung diseases, such as asthma and chronic obstructive pulmonary disease, cardiovascular disease, cognitive deficits and cancer. For example, children living in homes with gas stoves are 42% more likely to experience asthma symptoms.[1]

---

[1] Weiwei Lin, *et al.*, *Meta-Analysis of the Effects of Indoor Nitrogen Dioxide and Gas Cooking on Asthma and Wheeze in Children*, 42 Int'l J. Epidemiology 1728 (Dec. 2013), https://doi.org/10.1093/ije/dyt150

Appellants' expansive reading of the Energy Policy and Conservation

Act's preemptive reach would run contrary to Maryland's authority to

address these public health harms, and should be rejected.

## ARGUMENT

I. **Gas Appliances Emit Harmful Pollutants That Degrade Both Indoor and Outdoor Air Quality and Threaten Public Health.**

Termed "natural gas" by industry, the blend of chemicals that is

piped into homes and other buildings across the country is primarily

composed of methane.[2] The chemical byproducts of combusting gas

include the greenhouse gas carbon dioxide, as well as nitrogen dioxide,[3]

---

[2] Drew R. Michanowicz, *et al.*, *Home Is Where the Pipeline Ends: Characterization of Volatile Organic Compounds Present in Natural Gas at the Point of the Residential End User*, 56 Env't Sci. & Tech. 10258, 10258 (June 2022), https://pubs.acs.org/doi/10.1021/acs.est.1c08298 (identifying 296 volatile organic compounds aside from methane in cooking gas samples); Eric D. Lebel, *et al.*, *Composition, Emissions, and Air Quality Impacts of Hazardous Air Pollutants in Unburned Natural Gas from Residential Stoves in California*, 56 Env't Sci. & Tech. 15828 (Oct. 20, 2022), https://pubs.acs.org/doi/pdf/10.1021/acs.est.2c02581.

[3] "Nitrogen Dioxide (NO2) is one of a group of highly reactive gases known as oxides of nitrogen or nitrogen oxides (NOx). Other nitrogen oxides include nitrous acid and nitric acid. NO2 is used as the indicator for the larger group of nitrogen oxides." U.S. EPA, *Basic Information about NO2*, https://www.epa.gov/no2-pollution/basic-information-about-no2#What%20is%20NO2

carbon monoxide, particulate matter, and volatile organic compounds such as formaldehyde.[4] Exposure to these pollutants has been increasingly linked to higher rates of respiratory and cardiovascular illnesses, such as childhood asthma, as well as reduced lung function and premature death.[5] That these pollutants are generated—and in large part remain—indoors raises even greater concerns for public welfare, given that U.S. residents spend nearly 90% of their time indoors.[6] In addition, gas stoves leak unburned gas containing

[4] U.S. EPA, *What are combustion products?*, https://www.epa.gov/indoor-air-quality-iaq/what-are-combustion-products (last updated Dec. 4, 2024); U.S. EPA, *Facts About Formaldehyde*, https://www.epa.gov/formaldehyde/facts-about-formaldehyde (last updated Sept. 11, 2024).
[5] Andee Krasner, *et al.*, *Cooking with Gas, Household Air Pollution, and Asthma: Little Recognized Risk for Children*, 83 J. Env't Health 8 (2021); *see also* Ashwini R. Sehgal *et al.*, *Asthma Control before and after Changing Gas Stoves to Electric Stoves*, 14 J. Allergy & Clinical Immun.: In Practice (July 3, 2026), https://www.jaci-inpractice.org/article/S2213-2198(26)00537-4/fulltext
[6] U.S. EPA, *The Inside Story: A Guide to Indoor Air Quality*, https://www.epa.gov/indoor-air-quality-iaq/inside-story-guide-indoor-air-quality (last updated Oct. 22, 2024); Neil E. Klepeis, *et al.*, *The National Human Activity Pattern Survey (NHAPS): A Resource for Assessing Exposure to Environmental Pollutants*, 11 J. Exposure Analysis & Env't Epidemiology 231, 242 (2001) https://pubmed.ncbi.nlm.nih.gov/11477521/; *see also* U.S. EPA, *Report to Congress on Indoor Air Quality Volume II: Assessment and Control of Indoor Air Pollution* (Aug. 1989),

carcinogenic pollutants—such as benzene—into homes at a near-constant rate, even when they are turned off.[7]

*Nitrogen Dioxide.* The U.S. Environmental Protection Agency ("EPA") has long recognized that nitrogen dioxide, a prevalent pollutant from gas appliances, can exacerbate asthma and likely lead to its development.[8] Exposure to nitrogen dioxide is also linked to chronic obstructive pulmonary disease, cardiovascular effects, diabetes, cancer, and reproductive harms.[9] As EPA recognized in 2008, "homes with gas cooking appliances have approximately 50% to over 400% higher [nitrogen dioxide] concentrations than homes with electric cooking

---

https://nepis.epa.gov/Exe/ZyPDF.cgi/9100LMBU.PDF?Dockey=9100LMBU.PDF

[7] *See* Eric D. Lebel, *et al.*, *Methane and NOx Emissions from Natural Gas Stoves, Cooktops, and Ovens in Residential Homes*, 56 Env't Sci. Tech. 2529, 2534 (2022), https://pubs.acs.org/doi/10.1021/acs.est.1c04707; Michanowicz, *et al.*, *supra* n.2, at 10266; Yannai S. Kashtan, *et al.*, *Gas and Propane Combustion from Stoves Emits Benzene and Increases Indoor Air Pollution*, 57 Env't Sci. & Tech. 9653 (June 2023), https://pubs.acs.org/doi/10.1021/acs.est.2c09289

[8] National Primary and Secondary Ambient Air Quality Standards, 36 Fed. Reg. 8186 (Apr. 30, 1971); U.S. EPA, *Integrated Science Assessment (ISA) For Oxides of Nitrogen – Health Criteria*, lxxxiv-lxxxv (Jan. 2016), https://assessments.epa.gov/isa/document/&deid=310879

[9] *Id.*

appliances."[10] Indeed, scientists at the Lawrence Berkeley National Laboratory demonstrated that up to 70% of residents living in homes with unvented[11] gas cooking appliances are exposed to nitrogen dioxide concentrations that exceed the National Ambient Air Quality Standard (EPA's outdoor limit) of 100 parts per billion.[12] These results mirror *amicus* Sierra Club's findings of elevated nitrogen dioxide levels in kitchens in both the District of Columbia and Maryland.[13]  Further, a recent study from Stanford University found gas and propane stoves are

---

[10] U.S. EPA, *Integrated Science Assessment for Oxides of Nitrogen – Health Criteria* at 2-38 (July 2008), https://assessments.epa.gov/isa/document/&deid=194645#downloads

[11] Even exhaust ventilation of gas cooking appliances has proved to be less effective at reducing pollution than previously thought. *See* Nat'l Ctr. for Healthy Hous., *Studying the Optimal Ventilation for Environmental Indoor Air Quality* 3 (Apr. 2022), https://nchh.org/resource-library/report_studying-the-optimal-ventilation-for-environmental-indoor-air-quality.pdf (emissions monitoring in Chicago and New York homes found no significant reduction in NO2 from ventilation and 13% to 44% reductions in other contaminants).

[12] Jennifer M. Logue, *et al.*, *Pollutant Exposures from Natural Gas Cooking Burners: A Simulation-Based Assessment for Southern California*, 122 Env't Health Perspectives 43, 47, 49-50 (Jan. 2014), https://pmc.ncbi.nlm.nih.gov/articles/PMC3888569/; U.S. EPA, Review of the Primary National Ambient Air Quality Standards for Oxides of Nitrogen, 83 Fed. Reg. 17226, 17226-27 (April 18, 2018).

[13] *See* Beyond Gas, *Cooking Up Danger* (Nov. 2024), https://beyondgasdc.org/cooking-up-danger-community-study-reveals-hazardous-nitrogen-dioxide-levels-in-dc-and-maryland-kitchens/

a substantial source of residential nitrogen dioxide exposure even when compared with all outdoor sources combined, and concluded that transitioning from gas to electric stoves could cut nitrogen dioxide exposure in the U.S. by over 50%.[14]

***Particulate Matter.*** Particulate matter is another form of air pollution generated by gas appliances that poses a unique threat to human health.[15] $PM_{2.5}$, or fine particulate matter, refers to inhalable particles with diameters that are 2.5 micrometers and smaller, and thus easily penetrate the defenses of our lungs.[16] $PM_{2.5}$ is mainly produced by "combustion processes and by atmospheric reactions of various gaseous pollutants."[17] EPA has acknowledged that there is no safe level of $PM_{2.5}$ exposure,[18] and this pollutant has been linked to

---

[14] Yannai Kashtan, Chenghao Wang, Kari C Nadeau, Robert B Jackson, Integrating indoor and outdoor nitrogen dioxide exposures in US homes nationally by ZIP code, *PNAS Nexus*, Volume 4, Issue 12, December 2025, pgaf341, https://doi.org/10.1093/pnasnexus/pgaf341

[15] National Ambient Air Quality Standards for Particulate Matter, 62 Fed. Reg. 38652, 38653–54 (July 18, 1997).

[16] *Id.* at 38,654.

[17] National Ambient Air Quality Standards for Particulate Matter, 71 Fed. Reg. 61144, 61146 (Oct. 17, 2006).

[18] U.S. EPA, *Integrated Science Assessment for Particulate Matter* ES-23 (Dec. 2019), https://cfpub.epa.gov/ncea/isa/recordisplay.cfm?deid=347534

premature mortality; heart attacks, strokes, worsening of chronic heart failure, and sudden cardiac death; impaired fetal and childhood lung function development; acute and chronic decreases in lung function; respiratory infections; respiratory emergency department visits, hospitalizations, and deaths; and the development and exacerbation of asthma.[19] While $PM_{2.5}$ is a byproduct of cooking on both electric and gas stoves, emissions from gas stoves can be two times higher than from electric stoves.[20]

*Carbon Monoxide.* Carbon monoxide poisoning results in more than 400 deaths and over 100,000 emergency department visits in the United States annually.[21] Carbon monoxide exposure is also linked to

---

[19] Clean Air Fine Particle Implementation Rule, 72 Fed. Reg. 20586, 20586-87 (Apr. 25, 2007). *See also* U.S. EPA, *Health and Environmental Effects of Particulate Matter (PM): Health Effects*, https://www.epa.gov/pm-pollution/health-and-environmental-effects-particulate-matter-pm (last updated May 5, 2026).

[20] Tianchao Hu, *et al.*, *Compilation of Published $PM_{2.5}$ Emission Rates for Cooking, Candles and Incense for Use in Modeling of Exposures in Residences*, LBNL-5890E, 11 (Aug. 2012), https://indoor.lbl.gov/publications/compilation-published-pm25-emission.

[21] U.S. Ctr. for Disease Control, *Carbon Monoxide Poisoning*, (last updated Jan. 12, 2026), https://www.cdc.gov/carbon-monoxide/about/index.html; *see also* Jason J. Rose, *et al.*, *Carbon Monoxide Poisoning: Pathogenesis, Management, and Future Directions*

respiratory illnesses and neurological impairment.[22] According to EPA, homes with gas stoves have higher carbon monoxide levels than those without.[23] Indeed, some gas stoves create high indoor carbon monoxide levels that nearly exceed the health-based outdoor ambient air quality standards established by EPA.[24]

*Cancer-Causing Compounds.* In addition to the byproducts of fossil fuel burning that have been understood for decades, newer research indicates that gas appliances also release semi-volatile organic compounds known as polycyclic aromatic hydrocarbons (PAHs),[25] as well as volatile organic compounds, such as formaldehyde[26] and

*of Therapy*, 195 Am. J. Respiratory & Critical Care Med. 596 (2017), https://pubmed.ncbi.nlm.nih.gov/27753502/

[22] *Id.*

[23] U.S. EPA, *Carbon Monoxide's Impact on Indoor Air Quality*, https://www.epa.gov/indoor-air-quality-iaq/carbon-monoxides-impact-indoor-air-quality (last updated July 15, 2026).

[24] *See id.* (gas stoves can lead to carbon monoxide concentrations over 30ppm); 40 C.F.R. § 50.8(a)(1),(2) (setting carbon monoxide ambient air quality standard at 9ppm for 8-hour exposure window and at 35ppm for a 1-hour exposure window).

[25] U.S. Ctr. for Disease Control, Polycyclic Aromatic Hydrocarbons (PAHs) Fact Sheet (Nov. 2009), https://www.epa.gov/sites/default/files/2014-03/documents/pahs_factsheet_cdc_2013.pdf

[26] U.S. EPA, *supra* n.6.

benzene.[27] All of these are linked to cancer and, thus, no safe level of exposure can be recommended. For instance, long-term exposure to benzene can lead to blood disorders and, according to the American Cancer Society, is linked to higher rates of cancer, including leukemia and other blood cancers. [28] Short-term exposure to benzene can also cause drowsiness, dizziness, headaches, tremors, confusion, and/or unconsciousness. Cancer causing compounds such as these are also a component in the methane gas delivered to households. A 2022 study of Boston's gas supply revealed the presence of 296 volatile organic compounds, including 21 hazardous air pollutants.[29] Researchers in California similarly found 12 hazardous air pollutants in gas piped into homes, including benzene in similar concentrations to those in secondhand tobacco smoke.[30]

Given the robust body of scientific literature evidencing these harms, leading national health organizations are recognizing the

---

[27] Michanowicz, *et al.*, *supra* n. 2, at 10266; Kashtan, *et al.*, *supra* n.14.
[28] Am. Cancer Soc'y, *Benzene and Cancer Risk*, https://www.cancer.org/cancer/risk-prevention/chemicals/benzene.html (last revised July 8, 2026).
[29] Michanowicz, *et al.*, *supra* n. 2, at 10258.
[30] Lebel, *et al.*, *supra* n.2, at 15,828, 15828, & 15,835.

immense public health risks associated with gas appliances. In June 2022, the American Medical Association stated that it: "(1) recognizes the association between the use of gas stoves, indoor nitrogen dioxide levels and asthma; [and] (2) will inform its members and, to the extent possible, health care providers, the public, and relevant organizations that use of a gas stove increases household air pollution and the risk of childhood asthma and asthma severity; which can be mitigated by reducing the use of the gas cooking stove, using adequate ventilation, and/or using an appropriate air filter."[31]

In July 2022, the American Lung Association published a report on the impacts of internal residential combustion, finding that gas appliance emissions degrade indoor air quality, resulting in worse asthma symptoms and reduced lung function in children and other vulnerable populations.[32] In November 2022, the American Public

---

[31] Am. Med. Ass'n, House of Delegates Report of Reference Committee D at 16-17, Res. 439, A-22 (2022), https://policysearch.ama-assn.org/policyfinder/detail/gas%20stove?uri=%2FAMADoc%2Fdirectives.xml-D-135.964.xml

[32] Am. Lung Ass'n, *Literature Review on the Impacts of Residential Combustion, Final Report* (2022), https://www.lung.org/getmedia/2786f983-d971-43ad-962b-8370c950cbd6/ICF_Impacts-of-Residential-Combustion_FINAL_071022.pdf

Health Association adopted a policy acknowledging the scientific evidence linking gas stove emissions to negative health effects and called on regulators and policymakers to enact measures to abate gas appliance emissions.[33]

## II. Emissions from gas appliances have significant outdoor air quality impacts and present health risks.

Fossil fuel combustion in buildings is a major source of outdoor air pollution as well, as most emissions are directly vented outdoors. According to data from EPA's National Emissions Inventory, combusting fossil fuels in buildings releases over 250,000 tons per year

---

[33] Am. Pub. Health Ass'n, *Gas Stove Emissions Are a Public Health Concern: Exposure to Indoor Nitrogen Dioxide Increases Risk of Illness in Children, Older Adults, and People with Underlying Health Conditions* (Nov. 8, 2022), https://www.apha.org/Policies-and-Advocacy/Public-Health-Policy-Statements/Policy-Database/2023/01/18/Gas-Stove-Emissions

of carbon monoxide, over 460,000 tons of nitrogen oxides, and more than 15,000 tons of fine particulate matter nationwide.[34] In Maryland, the nitrogen oxide pollution from fossil fuel combustion in buildings is three times greater than from all of Maryland's fossil fuel power plants combined.[35]

The consequences of these emissions on ambient air quality and human health are significant and harmful. When combined with volatile organic compounds and high heat, these emissions form ground-level ozone that is exceedingly dangerous to human health.[36] Ozone exposure, even short-term exposure, is linked to chronic conditions affecting the respiratory, cardiovascular, reproductive, and central nervous systems, as well as respiratory—and cardiovascular—related

[34] Data from U.S. EPA, *2017 National Emissions Inventory (NEI) Data*, https://www.epa.gov/air-emissions-inventories/2017-national-emissions-inventory-nei-data#dataq

[35] Chesapeake Climate Action Network, *et al.*, *Cutting Through the Smog: How Air Quality Standards Help Solve the Hidden Health Toll Of Air Pollution From Maryland's Homes And Businesses* at 2 (Sept. 2023), https://www.greenandhealthyhomes.org/wp-content/uploads/MD-NOx-Report-_V12_unembargoed.pdf

[36] Am. Lung Ass'n, Ozone (last updated June 9, 2025, https://www.lung.org/clean-air/outdoors/what-makes-air-unhealthy/ozone#what

mortality.[37] This exposure is also associated with increased asthma attacks, as well as increased emergency room visits and hospitalizations.[38] And while the health impacts of ozone are ubiquitous, certain populations are at an increased risk, including people with asthma, children, older adults, and outdoor workers.[39]

Abating these human health harms was a critical consideration for passage of the CSNA and the development of the BEPS. In support of passing the CSNA, Sierra Club provided testimony that if adopted across the United States, the BEPS would help avoid "an estimated 172–405 premature deaths, 171 hospital admissions, 11,000 asthma exacerbations, 54,000 respiratory symptoms, 21,000 lost days of work, and 16,000 lost days of school."[40] The CSNA's BEPS requirement is

---

[37] *Id.*

[38] U.S. EPA *Policy Assessment for the Review of the Ozone National Ambient Air Quality Standards* (May 2020) at 3-2 & 3-23, https://www.epa.gov/sites/default/files/2020-05/documents/o3-final_pa-05-29-20compressed.pdf

[39] U.S. EPA, *supra* n.38 at 3-30 to 3-34.

[40] Sierra Club Testimony in support of SB 528 – Climate Solutions Now Act of 2022 (February 15, 2022), https://mgaleg.maryland.gov/cmte_testimony/2022/ehe/1FKz7bNh-KFSStR3VhXcBNa0xu83ccGO6.pdf

squarely aimed at achieving those same benefits for Marylanders by reducing emissions in the state's building sector.

### III. Gas Combustion in Buildings Causes Harmful Climate Pollution, In Contravention of Maryland Law and Policy.

In addition to contributing to harmful ozone pollution, gas combustion in buildings is also a significant source of greenhouse gas emissions.  This climate pollution impedes Maryland's ability to comply with its binding climate laws. With 3,000 miles of tidal shoreline, Maryland is one of the most climate-vulnerable states in America to sea level rise, risks of which include shoreline erosion, inundation, increased storm surge flooding, inhibited drainage, saline intrusion into surface and groundwaters and soils, reduced agricultural yields, wetland loss and migration.[41] The state faces many other climate risks as well, including extreme heat, longer and more intense allergy seasons, and more frequent and intense storms.[42] Acknowledging the

---

[41] University of Maryland Center for Enviro. Science, *Sea-Level Rise Projections*, https://www.umces.edu/wp-content/uploads/2026/06/Maryland-Sea-Level-Rise-Projections-2023-report.pdf

[42] Maryland Dep't of Health, Health Impacts of Climate Change, https://health.maryland.gov/phpa/OEHFP/EH/Pages/Climate_Health_Impacts.aspx

myriad harms posed by climate change, the Maryland General

Assembly passed the CSNA to require Maryland to reduce statewide

emissions 60% below 2006 levels by 2031 and reach carbon neutrality

by 2045.[43] As part of that landmark law, the BEPS program was put

forth as a robust strategy to reduce emissions from the buildings sector.

Indeed, the building sector comprises a significant and growing share of

Maryland's total greenhouse gas emissions. According to the State

Climate Policy Dashboard database, which models the anticipated effect

of state policies on future emissions, about 17% of Maryland's total

greenhouse gas emissions came from the building sector in 2024.[44]

Direct gas combustion in Maryland's building sector releases the

greenhouse gas carbon dioxide. And methane—an even more potent

greenhouse gas—also leaks from the gas distribution pipeline system

that supplies Maryland's buildings with this fuel.  The BEPS is a

measured and calibrated tool to broadly address greenhouse gas

---

[43] MD. CODE ANN., ENVIR. §§ 2–1204.1, 2–1204.2
[44] State Climate Policy Dashboard, *Greenhouse Gas Emissions Projections in Maryland* (last updated March 5, 2026), *available at* https://www.climatepolicydashboard.org/states/Maryland

emissions from buildings, and should not be disturbed by Appellants' faulty reading of the Energy Policy and Conservation Act.

## CONCLUSION

The undersigned *amici* urge this Court to uphold Maryland's right to protect its residents by reducing the indoor and outdoor air pollution stemming from gas combustion. For the reasons stated above, *amici* request this Court affirm the decision of the District Court in all respects.

Dated: August 5, 2026

Respectfully Submitted,

/s/ *Susan Stevens Miller*
Susan Stevens Miller
Timothy R. Oberleiton
Earthjustice
1250 I Street NW, Suite 400
Washington, D.C. 20005
(202) 667-4500
smiller@earthjustice.org
toberleiton@earthjustice.org

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 5th day of August 2026, a true and correct copy of the foregoing was served via the Court's electric filing system upon all counsel of record.

/s/ *Susan Stevens Miller*
Susan Stevens Miller

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**

No. 26-1552          **Caption:** Maryland Building Industry Association, Inc. v. Serena Mcilwain

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**
Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

---

**Type-Volume Limit for Briefs if Produced Using a Computer:** Appellant's Opening Brief, Appellee's Response Brief, and Appellant's Response/Reply Brief may not exceed 13,000 words or 1,300 lines. Appellee's Opening/Response Brief may not exceed 15,300 words or 1,500 lines. A Reply or Amicus Brief may not exceed 6,500 words or 650 lines. Amicus Brief in support of an Opening/Response Brief may not exceed 7,650 words. Amicus Brief filed during consideration of petition for rehearing may not exceed 2,600 words. Counsel may rely on the word or line count of the word processing program used to prepare the document. The word-processing program must be set to include headings, footnotes, and quotes in the count. Line count is used only with monospaced type. See Fed. R. App. P. 28.1(e), 29(a)(5), 32(a)(7)(B) & 32(f).

---

**Type-Volume Limit for Other Documents if Produced Using a Computer:** Petition for permission to appeal and a motion or response thereto may not exceed 5,200 words. Reply to a motion may not exceed 2,600 words. Petition for writ of mandamus or prohibition or other extraordinary writ may not exceed 7,800 words. Petition for rehearing or rehearing en banc may not exceed 3,900 words. Fed. R. App. P. 5(c)(1), 21(d), 27(d)(2) & 40(d)(3).

---

**Typeface and Type Style Requirements:** A proportionally spaced typeface (such as Times New Roman) must include serifs and must be 14-point or larger. A monospaced typeface (such as `Courier New`) must be 12-point or larger (at least 10½ characters per inch). Fed. R. App. P. 32(a)(5), 32(a)(6). Sans-serif type, such as Arial, may not be used except in captions and headings.

---

This brief or other document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

☑ this brief or other document contains _____2,977_____ [*state number of*] words

☐ this brief uses monospaced type and contains _____ [*state number of*] lines

This brief or other document complies with the typeface and type style requirements because:

☑ this brief or other document has been prepared in a proportionally spaced typeface using Microsoft Word _____ [*identify word processing program*] in Century Schoolbook, 14-point _____ [*identify font, size, and type style*];

**or**

☐ this brief or other document has been prepared in a monospaced typeface using _____ [*identify word processing program*] in _____ [*identify font, size, and type style*].

**NOTE: The Court's preferred typefaces are Times New Roman, Century Schoolbook, and Georgia. The Court discourages the use of Garamond.**

(s) Susan Stevens Miller

Party Name Susan Stevens Miller          Date: 08/05/2026