FILED:  August 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1552
(8:25-cv-00113-DLB)

_____

MARYLAND BUILDING INDUSTRY ASSOCIATION, INC.; THE
BUILDING OWNERS AND MANAGERS ASSOCIATION OF GREATER
BALTIMORE, INC.; NAIOP MARYLAND, INC.; NAIOP DC | MD, INC.;
MARYLAND MULTI-HOUSING ASSOCIATION, INC.; WASHINGTON GAS
LIGHT COMPANY; LEISURE WORLD COMMUNITY CORPORATION;
THE ELIZABETH CONDOMINIUM ASSOCIATION, INC.; PROMENADE
TOWERS MUTUAL HOUSING CORPORATION; THE WILLOUGHBY OF
CHEVY CHASE CONDOMINIUM COUNCIL OF UNIT OWNERS, INC.;
COLUMBIA GAS OF MARYLAND, INC.; APARTMENT AND OFFICE
BUILDING ASSOCIATION OF METROPOLITAN WASHINGTON

        Plaintiffs - Appellants

v.

SERENA COLEMAN MCILWAIN, in her official capacity as the Secretary of
the Maryland Department of the Environment

        Defendant - Appellee

------------------------------

AMERICAN GAS ASSOCIATION

        Amicus Supporting Appellant

SIERRA CLUB; CHESAPEAKE CLIMATE ACTION NETWORK

        Amici Supporting Appellee

_____

O R D E R

_____

**Sierra Club and Chesapeake Climate Action Network** have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

**Sierra Club and Chesapeake Climate Action Network** are directed to file an appearance form and disclosure statement within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk