FILED:  August 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1552
(8:25-cv-00113-DLB)

_____

MARYLAND BUILDING INDUSTRY ASSOCIATION, INC.; THE
BUILDING OWNERS AND MANAGERS ASSOCIATION OF GREATER
BALTIMORE, INC.; NAIOP MARYLAND, INC.; NAIOP DC | MD, INC.;
MARYLAND MULTI-HOUSING ASSOCIATION, INC.; WASHINGTON GAS
LIGHT COMPANY; LEISURE WORLD COMMUNITY CORPORATION;
THE ELIZABETH CONDOMINIUM ASSOCIATION, INC.; PROMENADE
TOWERS MUTUAL HOUSING CORPORATION; THE WILLOUGHBY OF
CHEVY CHASE CONDOMINIUM COUNCIL OF UNIT OWNERS, INC.;
COLUMBIA GAS OF MARYLAND, INC.; APARTMENT AND OFFICE
BUILDING ASSOCIATION OF METROPOLITAN WASHINGTON

Plaintiffs - Appellants

v.

SERENA COLEMAN MCILWAIN, in her official capacity as the Secretary of
the Maryland Department of the Environment

Defendant - Appellee

-------------------------------

AMERICAN GAS ASSOCIATION

Amicus Supporting Appellant

SIERRA CLUB; CHESAPEAKE CLIMATE ACTION NETWORK; STATE OF
COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE
OF HAWAII; STATE OF ILLINOIS; STATE OF MASSACHUSETTS; STATE
OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE

OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VERMONT; THE DISTRICT OF COLUMBIA;

Amici Supporting Appellee

_____

O R D E R

_____

**State of Colorado, State of Delaware, District of Columbia, State of Hawaii, State of Illinois, State of Massachusetts, State of Michigan, State of Minnesota, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Vermont** have filed an amicus curiae brief.

The court accepts the brief for filing.

The parties are directed to file an appearance form within three days of the date of this order.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk