FILED:  August 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1552
(8:25-cv-00113-DLB)

_____

MARYLAND BUILDING INDUSTRY ASSOCIATION, INC.; THE
BUILDING OWNERS AND MANAGERS ASSOCIATION OF GREATER
BALTIMORE, INC.; NAIOP MARYLAND, INC.; NAIOP DC | MD, INC.;
MARYLAND MULTI-HOUSING ASSOCIATION, INC.; WASHINGTON GAS
LIGHT COMPANY; LEISURE WORLD COMMUNITY CORPORATION;
THE ELIZABETH CONDOMINIUM ASSOCIATION, INC.; PROMENADE
TOWERS MUTUAL HOUSING CORPORATION; THE WILLOUGHBY OF
CHEVY CHASE CONDOMINIUM COUNCIL OF UNIT OWNERS, INC.;
COLUMBIA GAS OF MARYLAND, INC.; APARTMENT AND OFFICE
BUILDING ASSOCIATION OF METROPOLITAN WASHINGTON

Plaintiffs - Appellants

v.

SERENA COLEMAN MCILWAIN, in her official capacity as the Secretary of
the Maryland Department of the Environment

Defendant - Appellee

-------------------------------

AMERICAN GAS ASSOCIATION

Amicus Supporting Appellant

SIERRA CLUB; CHESAPEAKE CLIMATE ACTION NETWORK; STATE OF
COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE
OF HAWAII; STATE OF ILLINOIS; STATE OF MASSACHUSETTS; STATE
OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE

OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VERMONT; THE DISTRICT OF COLUMBIA; PUBLIC HEALTH LAW CENTER

Amici Supporting Appellee

_____

O R D E R

_____

**Public Health Law Center** has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk