**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 8, 2026

---

RESPONSE REQUESTED - SIMILAR CASES

---

No. 26-1552, Maryland Building Industry Association, Inc. v. Serena McIlwain
8:25-cv-00113-DLB

TO: State of Illinois
Promenade Towers Mutual Housing Corporation
State of New Jersey
State of Massachusetts
State of New York
State of Delaware
Columbia Gas of Maryland, Inc.
State of Michigan
State of Oregon
Sierra Club
Leisure World Community Corporation
The Willoughby of Chevy Chase Condominium Council of Unit Owners,
District of Columbia
Public Health Law Center
State of Minnesota
State of Vermont
Chesapeake Climate Action Network
NAIOP Maryland, Inc.
Apartment & Office Building Association of Metropolitan Washington
Maryland Multi-Housing Association, Inc.
State of New Mexico
Building Owners and Managers Association of Greater Baltimore, Inc.
NAIOP DC | MD, Inc.
American Gas Association
Maryland Building Industry Association, Inc.
State of Colorado

State of Connecticut
Washington Gas Light Company
State of Hawaii
Serena McIlwain
Elizabeth Condominium Association, Inc.

RESPONSE DUE: 09/11/2026

Response is required to the notice requesting information regarding similar cases on or before 09/11/2026. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

K. Hancock, Deputy Clerk
804-916-2702