# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

---

Appeal No. & Caption: 26-1552, MBIA, et al. v. Serena Coleman McIlwain

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

National Association of Homebuilders, et al. v. Montgomery County (No. 26-1449) presents questions about the scope of preemption under the Energy Policy and Conservation Act.

Signature: /s/ Doris N. Lange Counsel for: Appellee

Date: 9/11/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)