# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

---

Appeal No. & Caption: Md. Bldg. Ind. Assoc. v. McIlwain, 26-1552

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Nat'l Assoc. of Home Builders v. Montgomery Cnty., No. 26-1449 (4th Cir.). The appellants in Montgomery County argue that the law at issue in that case is preempted by the Energy Policy and Conservation Act, under a similar theory to that raised by the appellants in this case.

Signature: /s/ Daniel Carpenter-Gold Counsel for: Public Health Law Center

Date: 9/11/26

**File using event:** RESPONSE/ANSWER (to Similar Case notice)