# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: 26-1552, MBIA, et al. v. Serena McIlwain

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

26-1449, Nat'l Assn of Home Builders, et al. v. Montgomery County, Maryland (4th Cir.). The issue in that case is whether the Energy Policy and Conservation Act preempts Montgomery County, Maryland's Bill 13-22. Bill 13-22 mandates the County Executive adopt standards eliminating fuel combustion applicable to new construction and many major renovations to reduce greenhouse gas emissions.

Signature: /s/ Jaclyn M. Calicchio

Counsel for: Colorado, Connecticut, Delaware, Hawaii, Illinois, Massachusetts, Michigan, Minnesota, New Jersey, New Mexico, New York, Oregon, Vermont, District of Columbia

Date: 9/11/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)