UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: Case No. 26-1552, MD.Building Industry Assoc. v. Mcllwain

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

Nat'i Assoc. of Home Builders v. Montgomery Cnty, No. 26-1449 (4th Cir.) The appellants in this case argue that the Maryland state law at issue in No. 26-1449 is preempted by the Energy Policy and Conservation Act, under a similar theory to that raised by Appellants in Case No. 26-1552.

Signature: /s/ Susan Stevens Miller Counsel for: CCAN & Sierra Club

Date: 9/11/2026

**File using event:** RESPONSE/ANSWER (to Similar Case notice)