**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 16, 2026

---

RULE 46 ADDITIONAL COPIES

---

No. 26-1552, Maryland Building Industry Association, Inc. v. Serena McIlwain
8:25-cv-00113-DLB

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 09/21/2026**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Opening Brief | | |
| Response Brief | 4 | Appellee |
| Reply Brief | | |
| Opening/Response Brief | | |
| Response/Reply Brief | | |
| Supplemental Brief | | |
| Intervenor/Amicus Brief | 4 | American Gas Association |
| Intervenor/Amicus Brief | 4 | State of Colorado, et al. |
| Intervenor/Amicus Brief | 4 | Public Health Law Center |
| Joint Appendix | | |
| Supplemental Appendix | | |
| Amicus Brief | | |

/s/ NWAMAKA ANOWI, CLERK