# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 26-1552 Date of Oral Argument: 12/08/26

Caption: Maryland Building Industry Association, Inc. v. Serena McIlwain

Attorney Arguing: J. Mark Little

Arguing on Behalf of (party name):

All appellants

Select party type:

☑Appellant ☐Appellee ☐Appellant/Cross-Appellee ☐Appellee/Cross-Appellant ☐Amicus ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time

→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: J. Mark Little

Phone Number (day of argument): 713.673.9403

Principal Argument Time: 15
(for appellants and appellees)

Rebuttal Argument Time (if any): 5
(appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:

Phone Number (day of argument):

Principal Argument Time:
(for appellants and appellees)

Rebuttal Argument Time (if any):
(appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:

Select one of the following: ☐ Order allowing argument time ☐ Court-Appointed Amicus

Signature: J. Mark Little Date: 10/15/26